UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATHAN HILL, BB8003,
    Petitioner,
    v.
STATE OF CALIFORNIA, et al.,
    Respondent(s).

Case No. 18-cv-04923-CRB (PR)

**ORDER OF DISMISSAL**

Petitioner, a state prisoner incarcerated at California State Prison, Los Angeles County (CSP – LAC) based on a judgment of conviction and sentence from Los Angeles County Superior Court, has filed a pro se petition entitled "Supreme Writ of Habeas Corpus." Pet. (ECF No. 1) at 2. Petitioner seeks "immediate release" and "financial compensation" for allegedly unlawful "arrest, charge, convict[ion], sentence" and "imprison[ment]." Id. at 14.

The petition will be DISMISSED without prejudice to filing a petition for a writ of habeas corpus seeking the invalidation of the state court judgment of conviction and sentence under 28 U.S.C. § 2254, and a complaint seeking damages for unlawful arrest, charge, conviction, sentence and/or imprisonment under 42 U.S.C. § 1983, in the United States District Court for the Central District of California, in whose venue petitioner was convicted and in whose venue a substantial part of the events or omissions giving rise to the claims occurred. Petitioner's conviction, confinement and claims for damages have no connection whatsoever with this district. But based solely on petitioner's affidavit of poverty filed in Hill v. Orange County, No. 18-cv-00964-CRB (N.D. Cal.), leave to proceed in forma pauperis under 28 U.S.C. § 1915 is GRANTED.

The clerk is instructed to close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: August 22, 2018

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| NATHAN HILL,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>        Defendants. | Case No. 3:18-cv-04923-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nathan Hill ID: #BB8003
CSP-LAC D5-116
P.O. Box 4670
Lancaster, CA 93539

Dated: August 22, 2018

                                                Susan Y. Soong
                                                Clerk, United States District Court

                                                By: /s/ L. Scott
                                                Lashanda Scott, Deputy Clerk to the
                                                Honorable CHARLES R. BREYER